IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IHSAN AYYAD, ) | |
| ) | |
| Plaintiff ) | Case No. 16-C-10314 |
| ) | |
| v. ) | Judge Harry D. Leinenweber |
| ) | Mag. Judge Sidney I. Schenkier |
| OGDEN MINUTEMAN, INC. ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR ENTRY
OF A FINAL JUDGMENT ORDER**

Plaintiff, Ihsan Ayyad, respectfully moves for entry of a final judgment order. In support his motion, Plaintiff states:

1. On April 12, 2018, the Court entered summary judgment in favor of Plaintiff and against Defendants, jointly and severally, under the Fair Labor Standards Act ("FLSA") and Illinois Minimum Wage Law ("IMWL"), awarding Plaintiff a total of $27,329.92 in damages.

2. Having secured complete relief on Counts I and II of his Amended Complaint, Plaintiff voluntarily dismissed Counts III and IV pursuant to Fed. R. Civ. P. 41(a)(2) at the hearing on May 24, 2018.

3. Judgment was not yet entered in this case, in order to facilitate negotiation of a payment agreement of the damages between parties. The payment agreement having now been reached, Plaintiff is filing this motion for entry of a final judgment order on the damages.

4. The judgment does not include Plaintiff's attorney's fees and costs under the FLSA and IMWL, which will be awarded in a separate final judgment order.

5. A proposed order is attached to this motion as Exhibit A. A copy of the proposed order is also being sent to the Court's proposed order email inbox.

Dated: June 25, 2018                                    Respectfully submitted,


                                                        /s Samantha Kronk
                                                        One of the Attorneys for Plaintiff


Marni Willenson
marni@willensonlaw.com
Samantha Kronk
skronk@willensonlaw.com
WILLENSON LAW, LLC
542 S. Dearborn St., Suite 610
Chicago, IL 60605
(312) 508-5380
(312) 508-5382 (Fax)

Attorneys for Plaintiff