# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ihsan Ayyad

Plaintiff(s),

v.

Ogden Minuteman, Inc., et al.

Defendant(s).

Case No. 16 C 10314
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Ihsan Ayyad
and against defendant(s) Ogden Minuteman, Inc. and Zuhair Tadros, jointly and severally.
in the amount of $27,329.92.

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☐ other
._____

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on motion for entry of final judgment.

Date:  6/27/2018                    Thomas G. Bruton, Clerk of Court

                                    /s/ Carol Wing, Deputy Clerk