IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IHSAN AYYAD, ) | |
| ) | |
|     Plaintiff ) | Case No. 16-C-10314 |
| ) | |
|   v. ) | Judge Harry D. Leinenweber |
| ) | Mag. Judge Sidney I. Schenkier |
| OGDEN MINUTEMAN, INC. ) | |
| et al. ) | |
| ) | |
|     Defendants. ) | |

**PLAINTIFF'S MOTION FOR ENTRY
OF A FINAL JUDGMENT ORDER**

Plaintiff, Ihsan Ayyad, respectfully moves for entry of final judgment for the attorneys' fees and costs awarded by the Court. In support his motion, Plaintiff states:

    1.    On April 12, 2018, the Court entered summary judgment in favor of Plaintiff and against Defendants, jointly and severally, under the Fair Labor Standards Act ("FLSA") and Illinois Minimum Wage Law ("IMWL"), awarding Plaintiff a total of $27,329.92 in damages.

    2.    On June 25, 2018, Plaintiff brought a motion for entry of a final judgment order, which did not include attorneys' fees and costs. See ECF No. 58 ("The judgment does not include Plaintiff's attorney's fees and costs… which will be awarded in a separate final judgment order.")

    3.    On June 27, 2018, the Court granted Plaintiff's motion. ECF No. 60. That same day, the Court entered a final judgment in favor of Plaintiff in the

amount of $27,329.92, which did not include his attorneys' fees and costs. ECF No. 61.

4. In July 2018, Plaintiff submitted his petition for attorneys' fees and costs in addition to his bill of costs ECF No. 62-63.

5. On December 3, 2018, the Court awarded Plaintiff attorneys' fees in the amount of $74,775, taxable costs in the amount of $1,731.52, and non-taxable expenses in the amount of $171.41. The total amount awarded to Plaintiff for attorneys' fees, costs, and expenses is $76,677.93.

6. The Court should enter final judgment in favor of Plaintiff and against Defendants, jointly and severally, for the amounts awarded. See Fed. R. Civ. P. 54.

7. A proposed Final Judgment is attached as Exhibit A. Plaintiff is also submitting the proposed Final Judgment to the Court's Proposed Order Box.

Dated: December 10, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s Samantha Kronk
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiff

Marni Willenson
marni@willensonlaw.com
Samantha Kronk
skronk@willensonlaw.com
WILLENSON LAW, LLC
542 S. Dearborn St., Suite 610
Chicago, IL 60605
(312) 508-5380
(312) 508-5382 (Fax)

Attorneys for Plaintiff