IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IHSAN AYYAD, ) | |
| ) | |
| Plaintiff ) | Case No. 16-C-10314 |
| ) | |
| v. ) | Judge Harry D. Leinenweber |
| ) | Mag. Judge Sidney I. Schenkier |
| OGDEN MINUTEMAN, INC. ) | |
| and ZUHEIR TADROS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered in favor of plaintiff Ihsan Ayyad and against defendants Ogden Minuteman, Inc. and Zuheir Tadros, jointly and severally, in the amount of $76,677.93, consisting of attorneys' fees in the amount of $74,775, taxable costs in the amount of $1,731.52, and non-taxable expenses of $171.41.

This judgment is in addition to the final judgment entered in favor of Plaintiff and against Defendants, jointly and severally, on June 27, 2018, (ECF No. 61), awarding damages to Plaintiff.

This action was decided by Judge Harry D. Leinenweber on Plaintiff's Bill of Costs (ECF No. 62) and motion for attorneys' fees (ECF No. 63).

Date: _____

Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk